No. 94–6862.  GOCKEN *v.* CITY OF AUBURN, WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6863.  CASSIDY *v.* INDUSTRIAL INDEMNITY CO. ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–6864.  ATKINS *v.* TANDY CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6870.  WILLIAMS *v.* UNITED STATES POSTAL SERVICE ET AL.; and WILLIAMS *v.* NATIONAL ASSOCIATION OF LETTER CARRIERS OF THE USA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–6871.  DE LA CERDA *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–6872.  GIFFORD *v.* OHIO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–6874.  POWERS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6875.  ONUORAH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6877.  DASH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6878.  CELESTINE *v.* ROCHA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6884.  GHAZALI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6885.  JONES *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–6886.  GRAY *v.* ALFORD, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6887.  HUBBARD *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.